IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV468 |
| | ) | |
| v. | ) | |
| | ) | |
| 5521 NORTH 52ND STREET, OMAHA, NEBRASKA, CHEVROLET CORVETTE 1999 VIN&#035; 1G1YY22G0X5118282, and &#036;6,472.00 IN UNITED STATES CURRENCY, | ) ) ) ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Joseph F. Bataillon for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 6th day of January, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE